IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GABRIELLA JIMENEZ,

    Petitioner,

v.

PAUL COPENHAVER, Warden, et al.,

    Respondents.

No. C 11-02742 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    On June 7, 2011, Petitioner, a federal prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. She also filed an incorrect in forma pauperis application, and she did not attach copies of her Certificate of Funds and prisoner trust account statement.

    On the same date, the Clerk of the Court sent a notification to Petitioner informing her that her action could not go forward until she either paid the fee or filed the correct in forma pauperis application along with copies of her Certificate of Funds and prisoner trust account statement within thirty days. Petitioner was also informed that the failure to pay the filing fee or file the correct in forma pauperis application along with the requisite documents within the thirty-day deadline shall result in dismissal of this action.

    More than thirty days have passed, and Petitioner has not paid the filing fee or filed the correct in forma pauperis application along with the requisite documents. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case. Petitioner's in forma pauperis application is DENIED as incomplete. The Clerk shall close the file.

    This Order terminates Docket no. 2.

    IT IS SO ORDERED.

DATED: 7/15/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.11\Jimenez2742.DisIFP.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GABRIELLA JIMENEZ,

        Plaintiff,

  v.

LOS ANGELES COUNTY SUPERIOR COURT
et al,

        Defendant.

Case Number: CV11-02742 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriella Jimenez 10906-062
Federal Correctional Institution (FCI) - Dublin
5701 8th Street - Camp Parks
Dublin, CA 94568

Dated: July 19, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.11\Jimenez2742.DisIFP.wpd    2